# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Tyra Mitchell, Individually and as the Personal Representative of the Estate of Ajani D. Mitchell | ) ) ) ) | Civil Action No. 3:15-cv-02566-MBS |
| Plaintiff, | ) ) | **JOINT MOTION FOR VOLUNTARY DISMISSAL OF FEDERAL CLAIMS AND** |
| v. | ) ) | **REMAND OF STATE CLAIMS** |
| The City of Columbia, South Carolina, Matthew Fields and Adam Anderson, | ) ) ) | |
| Defendants. | ) ) ) | |

The parties, by and through their undersigned counsel, hereby consent to the voluntary dismissal, with prejudice, of all federal claims pending in the above-captioned matter, and hereby request that the Court remand all state law claims pending in the above-captioned matter to the Court of Common Pleas for the County of Richland, South Carolina.

The parties assert that they have reached a resolution in this case, and jointly request that the Court enter the dismissal, with prejudice, of the federal claims alleged in this matter, and issue a remand Order applicable to the state law claims alleged in this matter, so that the parties can pursue approval of the agreed upon resolution in state court.

Tyra Mitchell, Individually and as the Personal Representative of the Estate of Ajani D. Mitchell v. The City of Columbia, South Carolina, Matthew Fields and Adam Anderson
Civil Action Number: 3:15-cv-02566-MBS


Respectfully submitted,

DAVIDSON & LINDEMANN, P.A.                          THAD L. MYERS, P.A.


_____s/ Daniel C. Plyler_____                  ____ _____s/ Thad L. Myers_____
DANIEL C. PLYLER, FED. ID #9762                     THAD L. MYERS, FED ID # 6260
1611 Devonshire Drive, 2nd Floor                    1422 Laurel Street
Post Office Box 8568                                Columbia, South Carolina 29201
Columbia, South Carolina 29202-8568                 thad@thadmyerspa.com
dplyler@dml-law.com                                 T: 803-252-0005
T: 803-806-8222                                     F: 803-252-0110
F: 803-806-8855
                                                    E. TONY DESSAUSURE, FED ID # 6905
Counsel for Defendants Fields and Anderson          DESSAUSURE LAW FIRM, P.A.
                                                    1928 Barnwell Street
                                                    Columbia, South Carolina 29201
JOHNSON, TOAL & BATTISTE, P.A.                       dessasurelaw@yahoo.com
                                                    T: 803-771-0042
                                                    F: 803-771-4233


_____s/ George C. Johnson_____                  Counsel for the Plaintiff
GEORGE C. JOHNSON, FED. ID # 6538
Post Office Box 1431
Columbia, South Carolina 29202
george@jtbapa.com
T: 252 9700
F: 252 9102


Counsel for Defendant City of Columbia

May 18, 2016

Columbia, South Carolina