# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Tyra Mitchell, Individually and as the Personal Representative of the Estate of Ajani D. Mitchell ) ) ) ) | Civil Action Number: 3:15-cv-02566-MBS |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| The City of Columbia, South Carolina, Matthew Fields and Adam Anderson, ) ) ) | |
| Defendants. ) ) | |

The court having been advised that the parties consent to dismiss all of the federal claims,

**IT IS SO ORDERED** that the federal claims in this action are hereby dismissed, with prejudice. Accordingly, the court grants the parties' joint motion to dismiss, ECF No. 24. Furthermore, pursuant to 28 U.S.C. § 1447, the court hereby remands the remaining state law claims to the Court of Common Pleas for the County of Richland, South Carolina.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated:    June 3, 2016